**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 68.81.117.69**

**ISP:** Comcast Cable
**Physical Location:** Philadelphia, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/04/2019 08:30:21 | B4E4A60AE28670A14C66FFC49F274290C581B7B5 | Fashion Show Fucking |
| 05/03/2019 11:17:48 | 6EDCB9F1D3D04084B9697D6F6F2694BF390C6F7D | Threes Company |
| 05/03/2019 11:07:10 | E0ED576567DC6BEF9894EF213A68AA03C688467C | Fashion Models Lingerie or Lesbian Lovers |
| 01/09/2019 03:10:47 | 92EE16EAA68FB5B3184A7AF0795526137C8EB83B | 18 Year Old Models First Time Threesome |
| 01/09/2019 01:53:45 | 0F8FE0079E186FCA78336B9933ABEE01971D77D6 | My First Video Is A Threesome |

**Total Statutory Claims Against Defendant: 5**